IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **CITY OF WACO,** § | |
| *Plaintiff and* § | |
| *Counterclaim Defendant* § | |
| § | CIVIL ACTION NO. 6:15-CV-310 |
| **v.** § | |
| § | |
| **KLEINFELDER CENTRAL, INC.,** § | |
| *Defendant and* § | |
| *Counterclaim Plaintiff* § | |

## APPENDIX TO KLEINFELDER CENTRAL INC.'S
## MOTION FOR SUMMARY JUDGMENT

Exhibit 1   Contract for Architect/Engineering Services;

Exhibit 2   Plaintiff's Designation of Expert Witnesses;[1]

Exhibit 3   Plaintiff's First Supplemental Rule 26 Initial Disclosures;

Exhibit 4   Deposition excerpts of Michael Jones;

Exhibit 5   Deposition excerpts of Charles Dowdell;

Exhibit 6   Deposition excerpts of Diane Massey;

Exhibit 7   Plaintiff's Responses and Objections to Defendant's First Requests for Admission; and

Exhibit 8   Expert report of Michael W. McLaughlin.

---

[1] Defendant did not attach the voluminous exhibits which were attached the designation, but are irrelevant to this motion.